# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 8:06CR359 |
| vs. ) | |
| ) | ORDER |
| DANIEL J. CAMPBELL, ) | |
| Defendant. ) | |

Defendant Daniel J. Campbell appeared before the court on Monday, November 7, 2011 on a Petition for Warrant or Summons for Offender Under Supervision [43]. The defendant was represented by Assistant Federal Public Defender Richard H. McWilliams and the United States was represented by Assistant U.S. Attorney Michael P. Norris. The government requested detention. A detention hearing was held and the government's motion for detention was denied. The Defendant waived a preliminary examination.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Bataillon.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Chief Judge Joseph F. Bataillon in Courtroom No.3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **December 16, 2011 at 9:00 a.m.** Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

DATED this 7th day of November, 2011.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge